IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THEODORE GOSSER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-054-A |
| | § | |
| LEGAL PREVENTION SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER

By order signed May 30, 2014, the court ordered plaintiff, Theodore Gosser, to file by June 9, 2014, proof of service of summons and complaint on defendant, Legal Prevention Services, LLC, or an instrument containing a satisfactory explanation of why such proof cannot be filed. The June 9, 2014 order admonished plaintiff that failure to comply therewith could result in the dismissal without further notice of his claims and causes of action against defendant, as authorized by Rule 4(m) of the Federal Rules of Civil Procedure.

As of the date this order is signed, plaintiff has filed nothing in response to the May 30, 2014 order. The court finds that no lesser sanction than dismissal would adequately address plaintiff's failure to respond.

Therefore,

The court ORDERS that, pursuant to the authority of Rule 4(m) of the Federal Rules of Civil Procedure, all claims and causes of action asserted by plaintiff, Theodore Gosser, against defendant, Legal Prevention Services, LLC be, and are hereby, dismissed.

SIGNED June 13, 2014.

_____
JOHN McBRYDE
United States District Judge