IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THEODORE GOSSER, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:14-CV-054-A |
| § | |
| LEGAL PREVENTION SERVICES, LLC, § | |
| § | |
| Defendant. § | |

### FINAL JUDGMENT

Consistent with the order signed by the court on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff, Theodore Gosser, against defendant, Legal Prevention Services, LLC, be, and are hereby, dismissed.

SIGNED June 13, 2014.

_____
JOHN McBRYDE
United States District Judge